IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JOHNNIE BANKS, | ) | |
| | ) | |
| Petitioner, | ) | |
| vs. | ) | NO. CIV-22-0760-HE |
| | ) | |
| FNU ZOOK, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER**

Petitioner Johnnie Banks, a federal prisoner proceeding *pro se*, seeks relief under 28 U.S.C. § 2241. Pursuant to 28 U.S.C. § 636(b)(1)(B) and (C), the matter was referred to Magistrate Judge Suzanne Mitchell for initial proceedings. Judge Mitchell has issued a Report and Recommendation recommending that this case be transferred to the district when petitioner is incarcerated.

The Report advised petitioner of his right to object on or before December 21, 2022. Petitioner has not objected to the Report thereby waiving his right to appellate review of the factual and legal issues it addressed.

Accordingly, the court **ADOPTS** the Report and Recommendation [Doc. #8]. This case is **TRANSFERRED** to the United States District Court for the Western District of Virginia.

**IT IS SO ORDERED**.

Dated this 4th day of January, 2023.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE